No. 7,166.—H. EARL CLACK CO., PLAINTIFF, *v.* STATE BOARD OF EQUALIZATION ET AL., DEFENDANTS.

Decided July 1, 1933.

PER CURIAM.—Pursuant to praecipe filed by counsel for plaintiff, the action is dismissed without prejudice.

*Mr. John G. Brown, Mr. L. V. Ketter* and *Mr. Donald Campbell,* for Plaintiff.